Edward Cooper et al., as Executors of and Trustees under the Will of Peter Cooper, Deceased, Respondents, *v.* The Manhattan Railway Company, Appellant.

*Cooper* v. *Manhattan Ry. Co.*, 93 App. Div. 612, affirmed.
(Argued December 1, 1904; decided December 16, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

15, 1904, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Sherrill Babcock, Julien T. Davies* and *Charles A. Gardiner* for appellant.

*William G. Peckham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.